UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MARISOL DESARDEN,

    Plaintiff,

v.                                      Case No. 18-cv-1770-pp

AURORA HEALTH CARE, INC.
LONG TERM DISABILITY PLAN;
AURORA HEALTH CARE, INC.;
and HARTFORD LIFE AND ACCIDENT INSURANCE CO.,

    Defendants.

---

## ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 16) AND DISMISSING CASE

---

On February 1, 2019, the parties filed a Joint Stipulation for Dismissal Without Prejudice. Dkt. No. 16. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED** without prejudice.

Dated in Milwaukee, Wisconsin this 4th day of February, 2019.

                                              **BY THE COURT:**

                                              _____
                                            **HON. PAMELA PEPPER**
                                            **United States District Judge**